Opinion issued
March 31, 2011



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-11-00037-CV

———————————

Bill Eris, Appellant

V.

Ilias
Giannakopoulos, Appellee



 



 

On Appeal from the County Civil
Court at Law No. 1

Harris County, Texas



Trial Court Case No. 921,151-001

 



 

MEMORANDUM OPINION

          Appellant Bill
Eris has neither established indigence, nor paid all the required fees.  See Tex.
R. App. P. 5 (requiring payment of fees in civil cases unless indigent),
20.1 (listing requirements for establishing indigence); see also Tex. Gov’t Code Ann. §§ 51.207,
51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2010)
(listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases
in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on
Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), reprinted in Tex. R. App. P. app. A § B(1) (listing fees in court of
appeals).   After being notified that
this appeal was subject to dismissal, appellant responded that there is no
final judgment in this case and he does not intend to pursue this appeal.  

          We dismiss the appeal.  

          We dismiss any pending motions as moot.

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.